JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SALVADOR M. GONZALEZ, | Case No. CV 18-1780-MWF (KK) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 5, 2018

HON. MICHAEL W. FITZGERALD
United States District Judge